IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DANNY L. LINEBAUGH,**                         07-CV-794-HU

        **Plaintiff,**                      JUDGMENT OF REMAND

v.

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security**
**Administration,**

        **Defendant.**


**PHYLLIS J. BURKE**
4370 N.E. Halsey St.
Portland, Oregon  97213
(503) 460-3202

      Attorney for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**NEIL J. EVANS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1158


1  -  JUDGMENT

**DAVID MORADO**
Office of the General Counsel
**RICHARD A. MORRIS**
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA  98104-7075
(206) 615-2545

       Attorneys for Defendant

    Based on the Court's Order (#_22__) issued December 10, 2008, the Court hereby **REMANDS** this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Order issued December 10,  2008.

    DATED this 10th day of December, 2008.

                                     /s/ Anna J. Brown

                                     ANNA J. BROWN
                                     United States District Judge