FILED'09 MAR 17 08:25USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANNY L. LINEBAUGH,

                Plaintiff,

            Civil No. 07-794-HU

        v.

MICHAEL J. ASTRUE,              ORDER
Commissioner, Social
Security Administration,

                Defendant.

Based upon the stipulation of the parties, it is hereby ORDERED that

Plaintiff shall be awarded attorney fees pursuant to the Equal Access to Justice

Act, 28 U.S.C. §2412., payable directly to his attorney, Phyllis Burke, 3800 NE

Sandy Blvd., Suite 226, Portland, OR 97232, in the amount of $7499.00, and that

no costs or expenses shall be paid.

IT IS SO ORDERED this 16th day of March, 2009.

                _____
                United States District Judge/Magistrate

PRESENTED BY:

/s/Phyllis Burke       3/10/09
PHYLLIS BURKE       Date
OSB #814597
(503) 460-3200
Attorney for Plaintiff Linebaugh

ORDER